IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 22-27-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| KYLE JASON SWINDLER, | |
| Defendant. | |

Upon the United States' Motion to Dismiss Forfeiture Allegation With Prejudice (Doc. 43), and for good cause being shown,

IT IS HEREBY ORDERED that the forfeiture action in the above-captioned case is **DISMISSED with prejudice**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 7th day of November, 2022.

SUSAN P. WATTERS
United States District Court Judge

1