AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Montana

| | |
|---|---|
| United States of America<br>v.<br>Jason Kyle Swindler<br><br>Date of Original Judgment: 04/06/2023<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | Case No: CR-22-27-BLG-SPW<br>USM No: 94977-509<br><br>David Ness<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

For the reasons stated in the Government's brief, the Court denies Swindler's motion. Additionally, the Court finds the § 3553(a) factors do not warrant a reduction in Defendant's sentence. At sentencing, the Court imposed a 60-month sentence based on a binding plea agreement that the Court accepted. As the Court explained at sentencing, Defendant's conduct qualified him for a more serious offense that carried a ten-year mandatory minimum sentence, and the seriousness of Defendant's conduct warranted a 60-month sentence.

Except as otherwise provided, all provisions of the judgment dated   04/06/2023   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 04/19/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Susan P. Watters, U.S. District Court Judge
*Printed name and title*